# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3930
_____

HOWARD LEON DESUE,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

September 6, 2018


PER CURIAM.

   AFFIRMED.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____


***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Patrick Michael Megaro of Halscott Megaro, P.A., Orlando, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.